UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARAH SHANSKE, PH.D., et al., | CASE NO. C16-1920JLR |
| Plaintiffs, | ORDER |
| v. | |
| SWISS TRAVEL SERVICE, S.A., | |
| Defendant. | |

Federal Rule of Civil Procedure 4 requires plaintiffs to serve the defendant with a summons and a copy of the plaintiffs' complaint and sets forth the specific requirements for doing so. *See* Fed. R. Civ. P. 4. Rule 4(m), which provides the timeframe in which service must be effectuated, states in relevant part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

ORDER - 1

*Id.* Here, Plaintiffs have failed to serve Defendant with a summons and a copy of Plaintiffs' complaint within the timeframe provided in Rule 4(m).

Accordingly, the court ORDERS Plaintiffs to SHOW CAUSE within ten (10) days of the date of this order why this action should not be dismissed for failure to comply with Rule 4(m). If Plaintiffs do not demonstrate good cause for the failure, the court will dismiss the action without prejudice.

Dated this 27th day of March, 2017.

JAMES L. ROBART
United States District Judge